```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

STATE FARM FIRE AND CASUALTY COMPANY                         PLAINTIFF

VS.                            CIVIL ACTION NO. 5:07-cv-171(DCB)(JMR)

FREDDIE PARSON and KIMBRA PARSON                            DEFENDANTS

## FINAL JUDGMENT

This declaratory judgment action having come before the Court on the plaintiff State Farm Fire and Casualty Company's motion for summary judgment, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff is granted a declaratory judgment as follows:

(1) The State Farm policy (Homeowners Policy number 24-C1-4341-1) does not afford dwelling coverage for the Parsons' loss;

(2) The State Farm policy does not cover personal property belonging to the Parsons' renters;

(3) The State Farm policy does not cover personal property rented to others by the Parsons.

SO ORDERED AND ADJUDGED, this the 5th day of August, 2008.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE